# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELISSA STANLEY, individually and as representative of a class of participants and beneficiaries on behalf of the George Washington University Retirement Plan for Faculty and Staff and the George Washington University Supplemental Retirement Plan,<br><br>          *Plaintiff*,<br><br>  v.<br><br>THE GEORGE WASHINGTON UNIVERSITY, THE GEORGE WASHINGTON UNIVERSITY BOARD OF TRUSTEES, and THE GEORGE WASHINGTON UNIVERSITY PLAN ADMINISTRATION COMMITTEE,<br><br>          *Defendants*. | Civil Action No. 1:18-cv-00878<br><br>Hon. John D. Bates |

## DEFENDANTS' MOTION TO DISMISS

Nancy G. Ross (*pro hac vice*)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 782-0600

Brian D. Netter (D.C. Bar No. 979362)
   bnetter@mayerbrown.com
Michelle N. Webster (D.C. Bar No. 985265)
Matthew A. Waring (D.C. Bar No. 1021690)
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

*Attorneys for Defendants*

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), defendants the George Washington University, the George Washington University Board of Trustees, and the George Washington University Plan Administration Committee hereby move for dismissal of Plaintiff's complaint for lack of jurisdiction and for failure to state a claim upon which relief may be granted. This motion is supported by the accompanying statement of points and authorities, any reply memorandum that Defendants may file, and any oral argument on the motion. Defendants respectfully request that the Court hear oral argument on this motion. Oral argument will be helpful to the Court as it analyzes plaintiff's claims for relief.

Dated: June 25, 2018

Nancy G. Ross
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 782-0600

Respectfully submitted,

*/s/ Brian D. Netter*
Brian D. Netter (D.C. Bar No. 979362)
　bnetter@mayerbrown.com
Michelle N. Webster (D.C. Bar No. 985265)
Matthew A. Waring (D.C. Bar No. 1021690)
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

*Attorneys for Defendants*