UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELISSA STANLEY,<br><br>individually and as representative of a class of participants and beneficiaries on behalf of The George Washington University Retirement Plan for Faculty and Staff and The George Washington University Supplemental Retirement Plan,<br><br>    Plaintiff,<br><br>    v.<br><br>THE GEORGE WASHINGTON UNIVERSITY, et al.,<br><br>    Defendants. | Civil Action No. 18-878 (JDB) |

## ORDER

Upon consideration of [21] defendants' motion to dismiss the complaint, the parties' briefing and supplemental briefing, and the entire record herein, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that [21] defendants' motion to dismiss the complaint is **GRANTED**; and it is further

**ORDERED** that [1] plaintiffs' complaint is **DISMISSED**.

**SO ORDERED.**

                                                            /s/
                                                    JOHN D. BATES
                                              United States District Judge

Dated:  July 15, 2019

1